UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**IRMA MOTEN**               **CASE NO. 6:21-CV-01920**

**VERSUS**                   **JUDGE JUNEAU**

**MESA UNDERWRITERS SPECIALTY**   **MAGISTRATE JUDGE PATRICK**
**INSURANCE CO ET AL**           **J. HANNA**

## JUDGMENT

Before this Court is a motion for remand (Rec. Doc. 7) filed by Plaintiff. This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including the objections filed,[1] this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 13) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to remand (Rec. Doc. 7) is **DENIED** and, accordingly, this case will remain upon the docket of the undersigned district judge for all further proceedings.

---

[1] The Court notes that the plaintiff's response to the Report and Recommendation was filed on November 27, 2021 which was one day past the deadline given.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22nd day of December, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE